**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00080-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

CERISE JONES-HUGHES,

    Plaintiff,

v.

DENVER COURT, CITY AND COUNTY,
PEOPLE OF THE STATE OF COLORADO,
ALICE NORMAN,
ALEX FLOOD,
LINDSAY VITALIS,
JUDGE EDDIE ANDREA,
JUDGE FARAGHER BETH, and
ASHELY BECK,

    Defendants

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff Cerise Jones-Hughes currently is incarcerated at the Denver County Jail in Denver, Colorado.   On January 12, 2016, Plaintiff submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that Plaintiff's filings are deficient as described in this Order.   Plaintiff will be

directed to cure the following if he wishes to pursue this action.   Any papers that Plaintiff

files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) \_\_\_ is not submitted
(2) \_\_\_ is missing affidavit
(3) _X_ certified copy of prisoner's trust fund statement does not cover the **6-month period immediately preceding** this filing
(4) \_\_\_ is missing certificate showing current balance in prison account
(5) \_\_\_ is missing required financial information
(6) _X_ is missing authorization to calculate and disburse filing fee payments
(7) \_\_\_ is missing an original signature by the prisoner
(8) _X_ is not on proper form
(9) \_\_\_ names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_ other : The § 1915 form Plaintiff submitted is used for filing appeals in the Tenth Circuit.   Plaintiff is directed to file a new Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that is completed and that properly authorizes withdrawal of funds from his account by the agency holding him in custody for payment, when funds are available, of the $350 filing fee, and has a certified trust fund account statement for the six months preceding the filing of this action attached to the motion.

**Complaint, Petition or Application**:
(11) \_\_\_ is not submitted
(12) \_\_\_ is not on proper form (Only used caption page of form)
(13) \_\_\_ is missing an original signature by the prisoner
(14) \_\_\_ is missing page nos. \_\_\_\_
(15) \_\_\_ uses et al. instead of listing all parties in caption
(16) \_\_\_ names in caption do not match names in text
(17) \_\_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) \_\_\_ other:

Accordingly, it is

ORDERED that if Plaintiff shall cure the deficiencies designated above **within thirty days** from the date of this Order.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall obtain a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   Plaintiff must use the proper § 1915 Court-approved form when curing the deficiencies.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 13, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher         
United States Magistrate Judge